MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER (ST-0646)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:　(212) 637-2701
Facsimile:　(212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| -v.- | 07 Civ. 6402 (RJH) (DFE) |
| MILES A. GALIN | ECF Case |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    I, Serrin Turner, an Assistant United States Attorney in the Southern District of New York, declare under penalty of perjury that the following is true and correct:

    1.　On or about July 13, 2007, I sent the complaint in this matter to the defendant with a request for waiver of service.

    2.　Counsel for defendant waived service of a summons, and acknowledged receiving a copy of the Complaint, by waiver dated July 31, 2007, attached hereto as Exhibit A.

Dated:　August 15, 2007　　　　　　　MICHAEL J. GARCIA
　　　　　New York, New York　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　　　Attorney for the United States of America

　　　　　　　　　　　　　　　　　By:　　/s/ Serrin Turner
　　　　　　　　　　　　　　　　　　　　SERRIN TURNER (ST–0646)
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　86 Chambers Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 637-2701
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 637-2686