## WAIVER OF SERVICE OF SUMMONS

TO:   SERRIN TURNER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Tel. No. (212) 637-2701
      Fax No. (212) 637-2686

*[handwritten: ONE COPY]*

I acknowledge receipt of your request that I waive service of a summons in the action of <u>United States of America v. Galin</u>, which is case number 07 Civ. 6402 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, ~~two copies~~ of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after July 13, 2007.

7/31/07                    *[signature]*
Date                       Attorney for Miles A. Galin