UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

------------------------------------------------------------x

UNITED STATES of AMERICA,

              Plaintiff,

   -against-

MILES A. GALIN

             Defendant.

------------------------------------------------------------x

07 Civ. 06402 (RJH)

**ORDER**

The pretrial conference scheduled for October 12, 2007 is rescheduled to October 25, 2007, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge