

U.S. Department of Justice

United States Attorney
Southern District of New York

OCT 24

86 Chambers Street, 3rd Floor
New York, New York 10007

October 24, 2007

**BY FACSIMILE (212-805-7948)**
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1950
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

Re: *United States v. Galin*, No. 07 Civ. 6402 (RJH)

Dear Judge Holwell:

This Office represents the United States in the above-referenced action, which seeks to reduce taxes owed by the defendant to judgment. An initial conference is currently scheduled in the case for next Thursday, October 25, 2007. I write on behalf of both parties respectfully to request an adjournment of the conference. Since the filing of the complaint, counsel for the parties have conferred and are confident that the case can be resolved by stipulation in the next several weeks, as soon as the IRS can confirm the amount owed by the defendant with respect to one of the tax years at issue. Accordingly, the parties respectfully request an adjournment of the initial conference until December 14, 2007, at 10 a.m., in order to allow the parties sufficient time to resolve this matter amicably without any burden on the Court.

I thank the Court for its consideration of this request.

Application Granted

SO ORDERED

[signature]
USDJ
12/14/07 @ 10:00am       10/24/07

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
SERRIN TURNER
Assistant United States Attorney
Tel: (212) 637-2701
Fax: (212) 637-2686

cc: Gary Maitland, Esq. (by facsimile: 212-268-0544)