UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,                    2007 Civ. 06402 (RJH)
                          Plaintiff,

        -against-                            NOTICE OF
                                             APPEARANCE
MILES A. GALIN,
                          Defendant.
------------------------------------X

TO THE CLERK OF THE COURT:

       *PLEASE TAKE NOTICE* that Kreisberg & Maitland, LLP, represents the defendant in the above-entitled action.

Dated:   New York, New York
         January 29, 2008

                                    Kreisberg & Maitland, LLP,

                                    By: _____
                                        Gary Maitland, Esq. (GM-8763)
                                        Attorneys Miles A. Galin
                                        116 John Street, Suite 1120
                                        New York, NY 10038

To:   Clerk
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007

      Serrin Andrew Turner, Esq.
      Assistant United States Attorney
      Office of the United States Attorney
      86 Chambers Street
      New York, NY 10007