UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                    2007 Civ. 06402 (RJH)
                    Plaintiff,

    -against-                                NOTICE OF
                                             CHANGE OF ADDRESS
MILES A. GALIN,
                    Defendant.
----------------------------------------X
TO THE CLERK OF THE COURT:

    **PLEASE TAKE NOTICE** that Kreisberg & Maitland, LLP, has changed its office address and email address as follows:

Kreisberg & Maitland
116 John Street, Suite 1120
New York, NY 10038

gmaitland@kmlaw.net

Dated:    New York, New York
           January 29, 2008

                            Kreisberg & Maitland, LLP,

                            By: _____
                            Gary Maitland, Esq. (GM-8763)
                            Attorneys Miles A. Galin
                            116 John Street, Suite 1120
                            New York, NY 10038

To:    Clerk
       United States District Court
       Southern District of New York

       Serrin Andrew Turner, Esq.
       Assistant United States Attorney