

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

  -v.-

MILES A. GALIN,

        Defendant.
------------------------------X

**JUDGMENT**

07 Civ. 6402 (RJH) (DFE)

ECF Case

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the United States of America have judgment against defendant Miles A. Galin in the amount of $1,533,778.94, with interest on this amount continuing to accrue after March 1, 2008, as provided by law, and that the United States of America have execution therefor.

Dated: New York, New York
      3/1_ , 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____